1 | Jeffrey C. Block, *pro hac vice to be filed*
  | Jacob A. Walker (SBN 271217)
2 | **BLOCK & LEVITON LLP**
  | 260 Franklin Street, Suite 1860
3 | Boston, MA 02110
  | (617) 398-5600 phone
4 | jake@blockesq.com

5 | Attorneys for Plaintiff Matias Malig,
  | as Trustee for the Malig Family Trust

6
7 | **UNITED STATES DISTRICT COURT**
  | **NORTHERN DISTRICT OF CALIFORNIA**

8
9 | MATIAS MALIG, AS TRUSTEE FOR THE MALIG FAMILY TRUST, *Individually and on Behalf of All Others Similarly Situated,* | Case No._____
10 |
11 | Plaintiff,
   | vs.
12 | LYFT INC.; LOGAN GREEN; JOHN ZIMMER; BRIAN ROBERTS; PRASHANT (SEAN) AGGARWAL; BEN HOROWITZ; VALERIE JARRETT; DAVID LAWEE; HIROSHI MIKITANI; ANN MIURA-KO; MARY AGNES (MAGGIE) WILDEROTTER; J.P. MORGAN SECURITIES LLC; CREDIT SUISSE SECURITIES (USA) LLC; JEFFERIES LLC; UBS SECURITIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; RBC CAPITAL MARKETS, LLC; KEYBANC CAPITAL MARKETS INC.; COWEN AND COMPANY, LLC; RAYMOND JAMES & ASSOCIATES, INC.; CANACCORD GENUITY LLC; EVERCORE GROUP L.L.C.; PIPER JAFFRAY & CO.; JMP SECURITIES LLC; WELLS FARGO SECURITIES, LLC; KKR CAPITAL MARKETS LLC; ACADEMY SECURITIES, INC.; BLAYLOCK VAN, LLC; PENSERRA SECURITIES LLC; SIEBERT CISNEROS SHANK & CO., L.L.C.; THE WILLIAMS CAPITAL GROUP, L.P.·; CASTLEOAK SECURITIES, L.P.; C.L. KING & ASSOCIATES, INC.; DREXEL HAMILTON, LLC; GREAT PACIFIC SECURITIES; LOOP CAPITAL MARKETS LLC; MISCHLER FINANCIAL GROUP, INC.; SAMUEL A RAMIREZ & COMPANY, INC.; R. SEELAUS & CO., LLC; and TIGRESS FINANCIAL PARTNERS LLC, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

Defendants.

Pursuant to Local Rule 3-13, Plaintiff Matias Malig, as trustee for the Malig Family Trust, submits this Notice of Pendency of Other Action or Proceeding to give notice of the following actions:

- Clapper v. Lyft, Inc., et al., Case No. 19-575453 (Super. Ct. San Francisco)
- Gupta et al. v. Lyft, Inc., et al., Case No. 19-575644 (Super. Ct. San Francisco)
- Hinson v. Lyft, Inc., et al., Case No. 19-575293 (Super. Ct. San Francisco)
- Lande v. Lyft, Inc., et al., Case No. 19-575294 (Super. Ct. San Francisco)
- McCloskey v. Lyft, Inc., et al., Case No. 19-575475 (Super. Ct. San Francisco)
- Pyron v. Lyft, Inc., et al., Case No. 19-575728 (Super. Ct. San Francisco)

The aforementioned actions are putative class actions brought on behalf of all purchasers of Lyft common stock pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with Lyft's March 29, 2019 initial public stock offering seeking to pursue strict liability remedies under the Securities Act of 1933.

The instant action contains claims that overlap with the claims alleged in the aforementioned complaints.

Plaintiff takes no position as to whether the instant proceeding should be coordinated with the aforementioned proceedings.

May 17, 2019

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar No. 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jake@blockesq.com

*Counsel for Plaintiff*

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Richard A. Maniskas
**RM Law, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Tel.:484-324-6800
rmaniskas@rmclasslaw.com

*Additional Counsel for Plaintiff*

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING                    3