UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIAS MALIG, AS TRUSTEE FOR THE MALIG FAMILY TRUST,<br><br>   Plaintiff,<br><br>   v.<br><br>LYFT, INC., et al.,<br><br>   Defendants. | Case No. 19-cv-02690-HSG<br><br>**ORDER** |
| KEVIN LEWIS,<br><br>   Plaintiff,<br><br>   v.<br><br>LYFT, INC., et al.,<br><br>   Defendants. | Case No. 19-cv-03003-HSG |

As discussed on the July 23, 2019 telephone conference, the Court proposes substituting the following language for paragraph 2 of the parties' proposed order consolidating cases:

> For all actions subsequently filed in, or transferred to this District, that are related to the Consolidated Action by the Court, the parties (including the parties to the subsequently filed or transferred action) shall meet and confer regarding potential consolidation. If the parties ultimately stipulate to consolidation, such action will be consolidated with the Consolidated Action. If the parties are unable to agree on consolidation, the parties shall bring the matter to the Court's attention within 10 days after the subsequently filed or transferred action is related to the Consolidated Action.

*See, e.g.*, Case No. 4:19-cv-02690-HSG, ECF 28-1.

As also discussed, by July 25, 2019, the parties in the related actions must either (1)

include this language in a revised proposed order attached to a renewed joint administrative motion to consolidate cases, or (2) file a joint objection to this language.

**IT IS SO ORDERED.**

Dated: 7/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge