**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| MATIAS MALIG, AS TRUSTEE FOR THE MALIG FAMILY TRUST, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>vs.<br><br>LYFT INC., ET AL.,<br><br>Defendants. | Case No. 4:19-cv-02690-HSG<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER CONSOLIDATING CASES** |
| KEVIN LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LYFT INC., ET AL.,<br><br>Defendants. | Case No. 4:19-cv-03003-HSG |

Pursuant to FRCivP 16(d), Civil L.R. 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. The above-captioned actions are related cases within the meaning of Civil L.R. 3-12. Pursuant to FRCivP 42(a), these cases are hereby consolidated into Civil Action No. 4:19-cv-02690-HSG for pretrial proceedings before this Court. The consolidated action shall be captioned: "In re Lyft Inc. Securities Litigation."

2. For all actions subsequently filed in, or transferred to this District, that are related to the Consolidated Action by the Court, the parties (including the parties to the subsequently filed or transferred action) shall meet and confer regarding potential consolidation. If the parties ultimately stipulate to consolidation, such action will be consolidated with the Consolidated Action. If the parties are unable to agree on consolidation, the parties shall bring the matter to the Court's attention within 10 days after the subsequently filed or transferred action is related to the Consolidated Action.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. 4:19-cv-02690-HSG shall constitute the Master Docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:

ORDER CONSOLIDATING CASES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LYFT INC. SECURITIES LITIGATION | Master File No. 4:19-cv-02690-HSG |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: [All Actions] | |

6. The file in Civil Action No. 4:19-cv-02690-HSG shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

7. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

(a) place a copy of this Order in the separate file for such action;

(b) serve on plaintiff's counsel in the new case a copy of this Order;

(c) direct that this Order be served upon defendants in the new case; and

(d) make the appropriate entry in the Master Docket.

//

//

//

ORDER CONSOLIDATING CASES

-3-

8. The clerk is directed to administratively close the later-filed civil action, Case No. 4:19-cv-03003-HSG.  All future filings should be done in the lead case only and should be captioned "In Re LYFT INC. SECURITIES LITIGATION."

Dated: July 25, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER CONSOLIDATING CASES