Jeffrey C. Block, *pro hac vice*
Whitney E. Street (CA Bar. No. 223870)
Jacob A. Walker (CA Bar. No. 271217)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockesq.com
whitney@blockesq.com
jake@blockesq.com

*Attorneys for*
*Lead Plaintiff Rick Keiner and the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Lyft, Inc. Securities Litigation,* | Lead Case No. 4:19-cv-02690-HSG |
| This Document Relates to:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>JOINT STIPULATION AND [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT |

Pursuant to Local Rules 7-11 and 7-12, Lead Plaintiff, Rick Keiner ("Plaintiff"), and Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") (together with Plaintiff, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Granting the Parties' Joint Administrative Motion for Leave to Exceed Page Limit.

WHEREAS, on April 16, 2020, Plaintiff filed the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") (ECF No. 74);

WHEREAS, on May 14, 2020, the Lyft Defendants filed their Motion to Dismiss the Complaint (ECF No. 78);

WHEREAS, Plaintiff's opposition to the Lyft Defendants' Motion to Dismiss the Complaint is due to be filed on June 11, 2020.

WHEREAS, Plaintiff has requested administrative leave to file an opposition of up to thirty (30) pages, a request to which the Lyft Defendants do not oppose;

WHEREAS, the Lyft Defendants' reply is due to be filed on July 2, 2020.

WHEREAS, the Lyft Defendants have requested administrative leave to file a reply of up to twenty (20) pages, a request to which Plaintiff does not oppose;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties as follows:

1.     Lead Plaintiff shall file an opposition, not to exceed thirty (30) pages to the Lyft Defendants' Motion to Dismiss the Complaint on June 11, 2020; and

2.     The Lyft Defendants shall file a reply, not to exceed twenty (20) pages, to Plaintiff opposition on July 2, 2020.

Stipulated and agreed to by:

Date: June 8, 2020

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar. No. 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
jake@blockesq.com

*Lead Counsel and Counsel for Plaintiff*

**LATHAM & WATKINS LLP**

/s/ Colleen C. Smith
Colleen C. Smith (CA Bar. No. 231216)
Andrew B. Clubok (*pro hac vice*)
Matthew Rawlinson (CA Bar No. 231890)
Elizabeth Deeley (CA Bar No. 230798)
Susan E. Engel (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
Colleen.smith@lw.com
*Counsel for Defendants Lyft, Inc., Logan
Green, John Zimmer, Brian Roberts,
Prashant Aggarwal, Jonathan Christodoro,
Ben Horowitz, Valerie Jarrett, David Lawee,
Hiroshi Mikitani, Ann Miura-Ko, and Mary
Agnes (Maggie) Wilderrotter*

## FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: June 8, 2020

/s/ Jacob A. Walker
Jacob A. Walker

\*       \*       \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:        6/9/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE