LATHAM & WATKINS LLP
Matthew Rawlinson (CA Bar. No. 231890)
  140 Scott Drive
  Menlo Park, CA 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matthew.rawlinson@lw.com

Elizabeth Deeley (CA Bar. No. 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

Colleen C. Smith (CA Bar. No. 231216)
  12670 High Bluff Drive
  San Diego, CA 92130
  T: (858) 523-5400 / F: (858) 523-5450
  colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re Lyft, Inc. Securities Litigation*<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 4:19-cv-02690-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON LYFT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP AND PO TO EXTEND BRIEFING
SCHED. ON DEFS' MTD THE AM. COMPL.
CASE NO. 4:19-CV-02690-HSG

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") and Lead Plaintiff, Rick Keiner ("Plaintiff", and together with the Lyft Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Briefing Schedule on Lyft Defendants' Motion to Dismiss the Complaint.

WHEREAS, on March 24, 2020, the Parties filed a Joint Case Management Statement (ECF No. 71) jointly proposing the following schedule for Plaintiff's amended complaint and Defendants' motion to dismiss:

| Event | Date |
|---|---|
| Consolidated Class Action Complaint | April 16, 2020 |
| Motion to Dismiss or Other Response to Consolidated Class Action Complaint | May 14, 2020 |
| Opposition to Motion to Dismiss | June 11, 2020 |
| Reply in Support of Motion to Dismiss | July 2, 2020 |
| Hearing on Motion to Dismiss | July 23, 2020 |

WHEREAS, on March 26, 2020, the Court issued a Scheduling Order setting a briefing schedule for Plaintiff's amended complaint and Defendants' motion to dismiss per the Parties' joint proposal described above, and setting the hearing for Defendants' motion to dismiss for July 23, 2020 at 2:00 p.m. (the "Scheduling Order") (ECF No. 72)

WHEREAS, on April 16, 2020, Plaintiff filed the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") (ECF No. 74);

WHEREAS, on May 14, 2020, the Lyft Defendants filed their Motion to Dismiss the Complaint (ECF No. 78);

WHEREAS, on June 8, 2020, the Parties filed a Joint Stipulation and [Proposed] Order Granting Joint Administrative Motion For Leave to Exceed Page Limit, stipulating and agreeing that Plaintiff's forthcoming opposition will not exceed thirty (30) pages, and Lyft Defendants' reply shall not exceed twenty (20) pages ("Administrative Motion") (ECF No. 81);

WHEREAS, on June 9, 2020, the Court granted the Parties' Administrative Motion (ECF

1  No. 82);

2  WHEREAS, on June 11, 2020, Plaintiff filed his opposition to the Lyft Defendants'

3  Motion to Dismiss the Complaint (the "Opposition") (ECF No. 84);

4  WHEREAS, pursuant to the Scheduling Order, the Lyft Defendants' Reply in Support of

5  Motion to Dismiss the Complaint (the "Reply") is currently due to be filed on July 2, 2020;

6  WHEREAS, the Parties have met and conferred, and agree to extend the date for the

7  Reply from July 2, 2020, to July 9, 2020;

8  WHEREAS, this extension of time will not alter the date of the hearing on the Motion to

9  Dismiss, set for July 23, 2020, at 2:00 p.m.;

10  WHEREAS, this stipulation is not intended to operate as an admission of any factual

11  allegation or legal conclusion and is submitted subject to and without waiver of any right,

12  defense, affirmative defense, or objection;

13  NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate,

14  subject to Court approval, that the briefing schedule will be modified as follows:

15  1.  The Lyft Defendants shall file a reply to Plaintiff's Opposition, not to exceed

16  twenty (20) pages, by July 9, 2020.

17  Stipulated and agreed to by:

18  Date: June 23, 2020

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar. No. 271217)
260 Franklin Street, Suite 1860
Boston, MA 02110
jake@blockesq.com

*Lead Counsel and Counsel for Plaintiff*

**LATHAM & WATKINS LLP**

/s/ Colleen C. Smith
Colleen C. Smith (CA Bar. No. 231216)
  12670 High Bluff Drive
  San Diego, CA 92130
  Colleen.Smith@lw.com

Matthew Rawlinson (CA Bar. No. 231890)
  140 Scott Drive
  Menlo Park, CA 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matthew.rawlinson@lw.com

Elizabeth Deeley (CA Bar. No. 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP AND PO TO EXTEND BRIEFING
SCHED. ON DEFS' MTD THE AM. COMPL.
CASE NO. 4:19-CV-02690-HSG

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

*Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderrotter*

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: June 23, 2020                     /s/ Colleen C. Smith
                                           Colleen C. Smith

                                  \*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/24/2020

*Haywood S. Gilliam Jr.* (signature)
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE