LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  140 Scott Drive
  Menlo Park, California 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matthew.rawlinson@lw.com

  Elizabeth Deeley (SBN 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

  Andrew B. Clubok (*pro hac vice*)
  Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400 / F: (858) 523-5450
  colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 4:19-cv-02690-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND ORDER TO EXTEND
SCHED. ON PLAINTIFF'S MOT. FOR CLASS CERT.
CASE NO. 4:19-CV-02690-HSG

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") and Lead Plaintiff, Rick Keiner ("Plaintiff", and together with the Lyft Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Briefing Schedule on Plaintiff's Motion for Class Certification.

WHEREAS, on March 26, 2020, the Court issued a Scheduling Order setting a briefing schedule for Plaintiff's amended complaint and Defendants' motion to dismiss per the Parties' joint proposal (ECF No. 72);

WHEREAS, on April 16, 2020, pursuant to the Scheduling Order, Plaintiff filed the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") (ECF No. 74);

WHEREAS, on May 17, 2020, pursuant to the Scheduling Order, the Lyft Defendants filed their Motion to Dismiss the Complaint (ECF No. 78);

WHEREAS, on June 11, 2020, pursuant to the Scheduling Order, Plaintiff filed his opposition to the Lyft Defendants' Motion to Dismiss the Complaint (ECF No. 84);

WHEREAS, on June 24 ,2020, the Court granted the Parties' Joint Stipulation to Extend the Briefing Schedule On Lyft Defendants' Motion to Dismiss (the "Briefing Extension Order") (ECF. No. 87);

WHEREAS, pursuant to the Briefing Extension Order, the Lyft Defendants filed their Reply in Support of Motion to Dismiss the Complaint on July 9, 2020 (ECF. No. 88);

WHEREAS, on September 8, 2020, the Court issued its Order Granting In Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 96);

WHEREAS, on September 25, 2020, Plaintiff filed his Motion for Class Certification (ECF No. 98);

WHEREAS, the Lyft Defendants' Opposition to the Motion for Class Certification (the "Opposition") is currently due to be filed on October 9, 2020;

WHEREAS, to accommodate for the press of business and ensure adequate time for

briefing, counsel for the Parties have met and conferred, and agree to extend the date for the Opposition from October 9, 2020 to January 12, 2021; the date for Plaintiff's Reply from October 16, 2020 to January 22, 2021; and the hearing currently set for December 17, 2020 at 2:00 p.m. shall be set for February 4, 2021 at 2:00 p.m., or a date otherwise set by the Court.

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule for the Motion for Class Certification will be modified as follows:

1. The Lyft Defendants shall file their Opposition to the Motion for Class Certification by January 12, 2021.

2. Plaintiff shall file a Reply in support of his Motion for Class Certification by January 22, 2021.

3. The noticed date for a hearing on the Motion for Class Certification shall be set for February 4, 2021 at 2:00 p.m., or a date otherwise set by the Court.

Stipulated and agreed to by:

Date: October 8, 2020

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   JOINT STIP. AND ORDER TO EXTEND
SCHED. ON PLAINTIFF'S MOT. FOR CLASS CERT.
CASE NO. 4:19-CV-02690-HSG

| | |
|---|---|
| **BLOCK & LEVITON LLP** | **LATHAM & WATKINS LLP** |
| */s/ Jacob A. Walker* | */s/ Colleen C. Smith* |
| Jacob A. Walker (CA Bar. No. 271217)<br>  260 Franklin Street, Suite 1860<br>  Boston, MA 02110<br>  jake@blockesq.com | Colleen C. Smith (CA Bar. No. 231216)<br>  12670 High Bluff Drive<br>  San Diego, CA 92130<br>  Colleen.Smith@lw.com |
| *Lead Counsel and Counsel for Plaintiff* | Matthew Rawlinson (CA Bar. No. 231890)<br>  140 Scott Drive<br>  Menlo Park, CA 94025<br>  T: (650) 328-4600 / F: (650) 463-2600<br>  matthew.rawlinson@lw.com |
| | Elizabeth Deeley (CA Bar. No. 230798)<br>  505 Montgomery Street, Suite 2000<br>  San Francisco, CA 94111<br>  T: (415) 391-0600 / F: (415) 395-8095<br>  elizabeth.deeley@lw.com |
| | Andrew B. Clubok (*pro hac vice*)<br>Susan E. Engel (*pro hac vice*)<br>  555 Eleventh Street, NW, Suite 1000<br>  Washington, D.C. 20004<br>  T: (202) 637-2200 / F: (202) 637-2201<br>  andrew.clubok@lw.com<br>  susan.engel@lw.com |
| | *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND ORDER TO EXTEND
SCHED. ON PLAINTIFF'S MOT. FOR CLASS CERT.
CASE NO. 4:19-CV-02690-HSG

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: October 8, 2020            /s/  Colleen C. Smith
                                  Colleen C. Smith

\*      \*      \*

PURSUANT TO STIPULATION, IT IS SO ORDERED except the noticed date for a hearing on the Motion for Class Certification shall be set for February 18, 2021 at 2:00 p.m.

Date: 10/13/2020

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND ORDER TO EXTEND
SCHED. ON PLAINTIFF'S MOT. FOR CLASS CERT.
CASE NO. 4:19-CV-02690-HSG