```
1  LATHAM & WATKINS LLP
     Matthew Rawlinson (SBN 231890)
2    140 Scott Drive
     Menlo Park, California 94025
3    T: (650) 328-4600 / F: (650) 463-2600
     matthew.rawlinson@lw.com
4
     Elizabeth Deeley (SBN 230798)
5    505 Montgomery Street, Suite 2000
     San Francisco, California 94111
6    T: (415) 391-0600 / F: (415) 395-8095
     elizabeth.deeley@lw.com
7
     Andrew B. Clubok (*pro hac vice*)
8    Susan E. Engel (*pro hac vice*)
     555 Eleventh Street, NW, Suite 1000
9    Washington, D.C. 20004
     T: (202) 637-2200 / F: (202) 637-2201
10   andrew.clubok@lw.com
     susan.engel@lw.com
11
     Colleen C. Smith (SBN 231216)
12   12670 High Bluff Drive
     San Diego, California 92130
13   T: (858) 523-5400 / F: (858) 523-5450
     colleen.smith@lw.com
14
   *Attorneys for Defendants Lyft, Inc., Logan*
15 *Green, John Zimmer, Brian Roberts, Prashant*
   *(Sean) Aggarwal, Ben Horowitz, Valerie Jarrett,*
16 *David Lawee, Hiroshi Mikitani, Ann Miura-Ko,*
   *and Mary Agnes (Maggie) Wilderotter and Non-*
17 *Party Jonathan Christodoro*

18 *Additional Counsel on Signature Page*
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER TO EXTEND
BRIEFING SCHEDULE
Lead Case No. 4:19-cv-02690-HSG

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") and Lead Plaintiff, Rick Keiner ("Plaintiff", and together with the Lyft Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Briefing Schedule on Plaintiff's Motion for Class Certification.

WHEREAS, on September 25, 2020, Plaintiff filed a Motion for Class Certification (ECF No. 98);

WHEREAS, the Lyft Defendants' Opposition to the Motion for Class Certification (the "Opposition") was originally due to be filed on October 9, 2020;

WHEREAS, the Parties agreed to extend the date for the Opposition from October 9, 2020 to January 12, 2021 and the date for Plaintiff's Reply in support of his Motion for Class Certification (the "Reply") from October 16, 2020 to January 22, 2021 (ECF No. 100);

WHEREAS, this Court entered the stipulation as an order of the Court on October 13, 2020 and set a date for hearing on the Motion for Class Certification for February 18, 2021 at 2:00 p.m. (ECF No. 102);

WHEREAS, on December 29, 2020 the Court rescheduled the date for a hearing on the Motion for Class Certification to March 11, 2021 at 2:00 p.m. (ECF No. 105);

WHEREAS, in light of what the Lyft Defendants believe to be the complex issues involved in the Motion for Class Certification and to accommodate the Lyft Defendants' request for adequate time for addressing these issues and for briefing and for Plaintiff to have adequate time to respond, counsel for the Parties have met and conferred, and agree to extend the date for the Opposition from January 12, 2021 to January 19, 2021 and the date for Plaintiff's Reply from January 22, 2021 to February 5, 2021;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND PO TO EXTEND BRIEFING
SCHED. ON PLAINTFF'S MOT. FOR CLASS CER
Lead Case No. 4:19-cv-02690-HSG

2

affirmative defense, or objection;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule for the Motion for Class Certification will be modified as follows:

1. The Lyft Defendants shall file their Opposition to the Motion for Class Certification by January 19, 2021.

2. Plaintiff shall file a Reply in support of his Motion for Class Certification by February 5, 2021.

Stipulated and agreed to by:

Date: January 6, 2021

**BLOCK & LEVITON LLP**

*/s/ Jacob A. Walker*
Jacob A. Walker (CA Bar. No. 271217)
  260 Franklin Street, Suite 1860
  Boston, MA 02110
  jake@blockesq.com

*Lead Counsel and Counsel for Plaintiff*

**LATHAM & WATKINS LLP**

*/s/ Colleen C. Smith*
Colleen C. Smith (CA Bar. No. 231216)
  12670 High Bluff Drive
  San Diego, CA 92130
  Colleen.Smith@lw.com

Matthew Rawlinson (CA Bar. No. 231890)
  140 Scott Drive
  Menlo Park, CA 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matthew.rawlinson@lw.com

Elizabeth Deeley (CA Bar. No. 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

*Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts,*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND ORDER TO EXTEND
SCHED. ON PLAINTFF'S MOT. FOR CLASS CERT.
Case No. 4:19-cv-02690-HSG

| | |
|---|---|
| 1 | *Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |
| 2 | |
| 3 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4   JOINT STIP. AND ORDER TO EXTEND
SCHED. ON PLAINTFF'S MOT. FOR CLASS CERT.
Case No. 4:19-cv-02690-HSG

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: January 6, 2021
/s/*Colleen C. Smith*
Colleen C. Smith

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/7/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5     JOINT STIP. AND PO TO EXTEND BRIEFING
SCHED. ON PLAINTFF'S MOT. FOR CLASS CERT.
Case No. 4:19-cv-02690-HSG