```
 1   LATHAM & WATKINS LLP
       Matthew Rawlinson (SBN 231890)
 2     140 Scott Drive
       Menlo Park, California 94025
 3     T: (650) 328-4600 / F: (650) 463-2600
       matt.rawlinson@lw.com
 4
       Elizabeth Deeley (SBN 230798)
 5     505 Montgomery Street, Suite 2000
       San Francisco, California 94111
 6     T: (415) 391-0600 / F: (415) 395-8095
       elizabeth.deeley@lw.com
 7
       Andrew B. Clubok (pro hac vice)
 8     Susan E. Engel (pro hac vice)
       555 Eleventh Street, NW, Suite 1000
 9     Washington, D.C. 20004
       T: (202) 637-2200 / F: (202) 637-2201
10     andrew.clubok@lw.com
       susan.engel@lw.com
11
       Colleen C. Smith (SBN 231216)
12     12670 High Bluff Drive
       San Diego, California 92130
13     T: (858) 523-5400 / F: (858) 523-5450
       colleen.smith@lw.com
14
     Attorneys for Defendants Lyft, Inc., Logan
15   Green, John Zimmer, Brian Roberts, Prashant
     (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett,
16   David Lawee, Hiroshi Mikitani, Ann Miura-Ko,
     and Mary Agnes (Maggie) Wilderotter
17
     Additional Counsel on Signature Page
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **ORDER GRANTING LYFT, INC. DEFENDANTS' JOINT ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LYFT'S ADMIN.
MOT. FOR LEAVE TO EXCEED PAGE LIMIT
Lead Case No. 4:19-cv-02690-HSG

Presently before the Court is the motion by Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter (the "Lyft Defendants") Joint Administrative Motion for Leave to Exceed Page Limit granting Lyft Defendants thirty (30) pages to file on Tuesday, January 19, 2021, an opposition brief to Plaintiff's Motion for Class Certification.

Good cause appearing, the Court hereby **GRANTS** Lyft Defendants' Joint Administrative Motion for Leave to Exceed Page Limit.

**IT IS SO ORDERED.**

Dated: 1/19/2021

*[signature]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING LYFT'S ADMIN.
MOT. FOR LEAVE TO EXCEED PAGE LIMIT
Lead Case No. 4:19-cv-02690-HSG