Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

Whitney E. Street (SBN 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 968-1852 phone
whitney@blockleviton.com

*Attorneys for Lead Plaintiff
Rick Keiner and the Class*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *In re Lyft Securities Litigation,*<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:19-cv-02690-HSG<br><br>**CLASS ACTION**<br><br>ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON PLAINTIFF'S REPLY |

Presently before the Court is the Joint Administrative Motion for Leave to Exceed Page Limit on Plaintiff's Reply requesting Lead Plaintiff Rick Keiner ("Plaintiff") be granted twenty-two (22) pages to file a reply brief to Defendants' Opposition to Plaintiff's Motion for Class Certification on Friday, February 5, 2021.

Good cause appearing, the Court hereby GRANTS the parties' Joint Administrative Motion for Leave to Exceed Page Limit on Plaintiff's Reply.

**IT IS SO ORDERED.**

Date: 2/3/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE