LATHAM & WATKINS LLP
Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600 / F: (650) 463-2600
matthew.rawlinson@lw.com

Elizabeth Deeley (SBN 230798)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
T: (415) 391-0600 / F: (415) 395-8095
elizabeth.deeley@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
T: (202) 637-2200 / F: (202) 637-2201
andrew.clubok@lw.com
susan.engel@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400 / F: (858) 523-5450
colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter and Non-Party Jonathan Christodoro*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE NO. 4:19-CV-02690-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL** |

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") and Lead Plaintiff Rick Keiner (the "Plaintiff," and together with the Lyft Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Briefing Schedule on Plaintiff's Motion to Compel (ECF No. 131).

WHEREAS, on February 17, 2021, Plaintiff filed a Motion to Compel (the "Motion" or "Motion to Compel") (ECF No. 131);

WHEREAS, the Lyft Defendants' Opposition to the Motion (the "Opposition") is due to be filed on March 3, 2021, and Plaintiff's Reply in support of the Motion (the "Reply") is due to be filed on March 10, 2021;

WHEREAS, the hearing on the Motion is scheduled for May 13, 2021;

WHEREAS, the Parties have met and conferred and agree to extend the date for the filing of the Opposition from March 3, 2021 to March 17, 2021 and the date for the filing of Plaintiff's Reply from March 10, 2021, to March 31, 2021;

WHEREAS, there will still be ample time for the Court to consider the Opposition and Reply prior to the hearing on the Motion, and this extension of time will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule for the Motion to Compel will be modified as follows:

1. The Lyft Defendants shall file their Opposition to the Motion to Compel by March 17, 2021; and

2. Plaintiff shall file a Reply in support of his Motion to Compel by March 31, 2021.

Stipulated and agreed to by:

Dated: March 1, 2021

| | |
|---|---|
| **BLOCK & LEVITON LLP** | **LATHAM & WATKINS LLP** |
| /s/ Jeffrey C. Block | /s/ Colleen C. Smith |
| Jeffrey C. Block (*admitted pro hac vice*) | Colleen C. Smith (CA Bar. No. 231216) |
| Jacob A. Walker (CA Bar No. 271217) | 12670 High Bluff Drive |
| 260 Franklin Street, Suite 1860 | San Diego, CA 92130 |
| Boston, MA 02110 | Colleen.Smith@lw.com |
| (617) 398-5600 phone | |
| (617) 507-6020 fax | Matthew Rawlinson (CA Bar. No. 231890) |
| jeff@blockleviton.com | 140 Scott Drive |
| jake@blockleviton.com | Menlo Park, CA 94025 |
| | T: (650) 328-4600 / F: (650) 463-2600 |
| Whitney E. Street (CA Bar No. 223870) | matthew.rawlinson@lw.com |
| 100 Pine Street, Suite 1250 | |
| San Francisco, CA 94111 | Elizabeth Deeley (CA Bar. No. 230798) |
| Tel. (415) 968-1852 | 505 Montgomery Street, Suite 2000 |
| Fax. (617) 507-6020 | San Francisco, CA 94111 |
| wstreet@blockleviton.com | T: (415) 391-0600 / F: (415) 395-8095 |
| | elizabeth.deeley@lw.com |
| *Lead Counsel and Counsel for Plaintiff* | |
| | Andrew B. Clubok (*pro hac vice*) |
| | Susan E. Engel (*pro hac vice*) |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| | T: (202) 637-2200 / F: (202) 637-2201 |
| | andrew.clubok@lw.com |
| | susan.engel@lw.com |
| | |
| | *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND PO TO EXTEND BRIEFING
SCHED. ON PLAINTFF'S MOT. TO COMPEL.
Case No. 4:19-cv-02690-HSG

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: March 1, 2021

/s/ *Colleen C. Smith*
　　　　Colleen C. Smith

\*　　\*　　\*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/2/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND PO TO EXTEND BRIEFING
SCHED. ON PLAINTFF'S MOT. TO COMPEL.
Case No. 4:19-cv-02690-HSG