1  LATHAM & WATKINS LLP
     Matthew Rawlinson (SBN 231890)
2    140 Scott Drive
     Menlo Park, California 94025
3    T: (650) 328-4600 / F: (650) 463-2600
     matthew.rawlinson@lw.com
4
     Elizabeth Deeley (SBN 230798)
5    505 Montgomery Street, Suite 2000
     San Francisco, California 94111
6    T: (415) 391-0600 / F: (415) 395-8095
     elizabeth.deeley@lw.com
7
     Andrew B. Clubok (*pro hac vice*)
8    Susan E. Engel (*pro hac vice*)
     555 Eleventh Street, NW, Suite 1000
9    Washington, D.C. 20004
     T: (202) 637-2200 / F: (202) 637-2201
10   andrew.clubok@lw.com
     susan.engel@lw.com
11
     Colleen C. Smith (SBN 231216)
12   12670 High Bluff Drive
     San Diego, California 92130
13   T: (858) 523-5400 / F: (858) 523-5450
     colleen.smith@lw.com
14
     *Attorneys for Defendants Lyft, Inc., Logan*
15   *Green, John Zimmer, Brian Roberts, Prashant*
     *(Sean) Aggarwal, Ben Horowitz, Valerie Jarrett,*
16   *David Lawee, Hiroshi Mikitani, Ann Miura-Ko,*
     *and Mary Agnes (Maggie) Wilderotter*
17
     *Additional Counsel on Signature Page*
18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                          OAKLAND DIVISION
21

| In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION AND ORDER REGARDING DEFENDANTS' FILING OF SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND PO RE DEFS' FILING OF SUPPL.
DECL. IN SUPPORT OF OPP. TO CLASS CERT.
Lead Case No. 4:19-cv-02690-HSG

1   Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer,
2  Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi
3  Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter (the "Defendants") and Lead
4  Plaintiff Rick Keiner (the "Plaintiff," and together with the Defendants, the "Parties"), through
5  their counsel, submit the following Joint Stipulation and [Proposed] Order regarding Defendants'
6  filing of a supplemental declaration in support of Defendants' Opposition to Plaintiff's Motion
7  for Class Certification (ECF No. 117).
8   WHEREAS, on September 25, 2020, Plaintiff filed a Motion for Class Certification (the
9  "Motion") (ECF No. 98) and the supporting Declaration of Whitney E. Street (ECF 98-1);
10   WHEREAS, on January 19, 2021, Defendants filed an Opposition to the Motion (ECF
11  No. 117) and the supporting Declaration of Meryn C. N. Grant (ECF No. 118) with attached
12  declarations from investors who purchased shares in Lyft's initial public offering (ECF No. 118-
13  1).
14   WHEREAS, on February 5, 2021, Plaintiff filed his Reply in support of the Motion (ECF
15  No. 127);
16   WHEREAS, the hearing on the Motion is scheduled for March 11, 2021;
17   WHEREAS, Defendants have gathered more declarations from investors who purchased
18  shares in Lyft's initial public offering that Defendants believe will aid the Court in evaluating the
19  Motion and intend to submit them as an exhibit to a Supplemental Declaration of Meryn C. N.
20  Grant in support of Defendants' Opposition to the Motion;
21   WHEREAS, Plaintiff does not agree that the investor declarations establish that any
22  investor had actual knowledge that Lyft's initial public offering registration statement contained
23  untrue statements or omitted to disclose material facts and do not provide grounds for denying
24  the Motion, but do not oppose their submission to the Court by Defendants;
25   WHEREAS, Defendants believe that there will still be sufficient time for the Court to
26  consider the additional investor declarations before the hearing on the Motion, that the filing of
27  the Supplemental Declaration will not alter the date of any event or deadline already fixed by
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND PO RE DEFS' FILING OF SUPPL.
DECL. IN SUPPORT OF OPP. TO CLASS CERT.
Lead Case No. 4:19-cv-02690-HSG

2

1  Court order, and that any further declarations obtained before the hearing will be submitted at the
2  earliest possible opportunity;
3       NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate,
4  subject to Court approval, that Defendants may file the Supplemental Declaration of Meryn C.
5  N. Grant in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification by
6  March 5, 2021.

8  Stipulated and agreed to by:
9  Dated: March 5, 2021

**BLOCK & LEVITON LLP**

/s/ Jeffrey C. Block
Jeffrey C. Block (*admitted pro hac vice*)
Jacob A. Walker (CA Bar. No. 271217)
  260 Franklin Street, Suite 1860
  Boston, MA 02110
  (617) 398-5600 phone
  (617) 507-6020 fax
  jeff@blockleviton.com
  jake@blockleviton.com

Whitney E. Street (CA Bar No. 223870)
  100 Pine Street, Suite 1250
  San Francisco, CA 94111
  Tel. (415) 968-1852
  Fax. (617) 507-6020
  wstreet@blockleviton.com

*Lead Counsel and Counsel for Plaintiff*

**LATHAM & WATKINS LLP**

/s/ Colleen C. Smith
Colleen C. Smith (CA Bar. No. 231216)
  12670 High Bluff Drive
  San Diego, CA 92130
  Colleen.Smith@lw.com

Matthew Rawlinson (CA Bar. No. 231890)
  140 Scott Drive
  Menlo Park, CA 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matthew.rawlinson@lw.com

Elizabeth Deeley (CA Bar. No. 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

*Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: March 5, 2021

/s/ *Colleen C. Smith*
Colleen C. Smith

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/5/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND PO RE DEFS' FILING OF SUPPL.
DECL. IN SUPPORT OF OPP. TO CLASS CERT.
Case No. 4:19-cv-02690-HSG