UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Lyft Inc. Securities Litigation | Case No. 19-cv-02690-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 131, 139 |

Pursuant to Local Rule 72-1, the motions to compel, *see* Dkt. Nos. 131, 139, and all discovery disputes and issues in this case are referred to a Magistrate Judge. Counsel will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge. The May 13, 2021 and June 10, 2021 hearing dates before Judge Haywood S. Gilliam, Jr. are **VACATED**.

**IT IS SO ORDERED.**

Dated: 3/10/2021

Haywood S. Gilliam, Jr.
United States District Judge