1   LATHAM & WATKINS LLP
      Matthew Rawlinson (SBN 231890)
2     140 Scott Drive
      Menlo Park, California 94025
3     T: (650) 328-4600 / F: (650) 463-2600
      matt.rawlinson@lw.com
4
      Elizabeth Deeley (SBN 230798)
5     505 Montgomery Street, Suite 2000
      San Francisco, California 94111
6     T: (415) 391-0600 / F: (415) 395-8095
      elizabeth.deeley@lw.com
7
      Andrew B. Clubok (*pro hac vice*)
8     Susan E. Engel (*pro hac vice*)
      555 Eleventh Street, NW, Suite 1000
9     Washington, D.C. 20004
      T: (202) 637-2200 / F: (202) 637-2201
10    andrew.clubok@lw.com
      susan.engel@lw.com
11
      Colleen C. Smith (SBN 231216)
12    12670 High Bluff Drive
      San Diego, California 92130
13    T: (858) 523-5400 / F: (858) 523-5450
      colleen.smith@lw.com
14
    *Attorneys for Defendants Lyft, Inc., Logan*
15  *Green, John Zimmer, Brian Roberts, Prashant*
    *(Sean) Aggarwal, Ben Horowitz, Valerie Jarrett,*
16  *David Lawee, Hiroshi Mikitani, Ann Miura-Ko,*
    *and Mary Agnes (Maggie) Wilderotter*

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

                              OAKLAND DIVISION
20

| 21 | In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
|---|---|---|
| 22 | This Document Relates to: | **ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO SUBMIT MATERIALS IN ADVANCE OF THE CLASS CERTIFICATION HEARING ON MARCH 11, 2021** |
| 23 | ALL ACTIONS | |
| 24 | | |

25

26

27

28

**ORDER**

Presently before the Court is an administrative motion by Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (collectively, the "Defendants") to request to submit a PowerPoint slide deck in advance of the class certification hearing on March 11, 2021 at 2 p.m.

Having considered the Defendants' Administrative Motion to Submit Materials in Advance of the Class Certification Hearing on March 11, 2021 and the Declaration of Colleen C. Smith in support thereof, the Court **DENIES** the Motion .

**IT IS SO ORDERED.**

Date:   3/11/2021

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge