Jeffrey C. Block, *pro hac vice*
Whitney E. Street (CA Bar. No. 223870)
Jacob A. Walker (CA Bar. No. 271217)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockesq.com
whitney@blockesq.com
jake@blockesq.com

*Attorneys for
Lead Plaintiff Rick Keiner and the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Lyft, Inc. Securities Litigation,* | Lead Case No. 4:19-cv-02690-HSG |
| This Document Relates to:<br><br>ALL ACTIONS | **CLASS ACTION**<br><br>JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON LYFT DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

Pursuant to Local Rules 6-12 and 7-12, Lead Plaintiff, Rick Keiner ("Plaintiff"), and Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") (together with Plaintiff, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order to Extend Briefing Schedule on Lyft Defendants' Motion for Judgment on the Pleadings.

WHEREAS, on April 21, 2021, the Lyft Defendants filed their Motion for Judgment on the Pleadings (the "12(c) Motion") (ECF No. 152);

WHEREAS, Plaintiff's Opposition to the 12(c) Motion (the "Opposition") is due to be filed on May 5, 2021, and the Lyft Defendants' Reply in support of the 12(c) Motion (the "Reply") is due to be filed on May 12, 2021;

WHEREAS, the hearing on the Motion is scheduled for July 15, 2021;

WHEREAS, the Parties have met and conferred and agree to extend the date for the filing of the Opposition from May 5, 2021 to May 24, 2021, and the date for the filing of the Lyft Defendants' Reply from May 12, 2021 to June 15, 2021;

WHEREAS, there will still be ample time for the Court to consider the Opposition and Reply prior to the hearing on the Motion, and this extension of time will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule for the 12(c) Motion will be modified as follows:

1. Plaintiff shall file his Opposition to the 12(c) Motion by May 24, 2021; and
2. The Lyft Defendants shall file their Reply in support of their 12(c) Motion by June 15, 2021.

Stipulated and agreed to on April 29, 2021 by:

| | |
|---|---|
| **BLOCK & LEVITON LLP**<br>/s/ Jacob A. Walker<br>Jacob A. Walker (CA Bar. No. 271217)<br>Jeffrey C. Block (*pro hac vice*)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600 phone<br>(617) 507-6020 fax<br>jake@blockleviton.com<br>jeff@blockleviton.com<br><br>Whitney E. Street (CA Bar No. 223870)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 968-1852 phone<br>(617) 507-6020 fax<br>wstreet@blockleviton.com<br><br>*Lead Counsel and Counsel for Plaintiff* | **LATHAM & WATKINS LLP**<br>/s/ Colleen C. Smith<br>Colleen C. Smith (CA Bar No. 231216)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Colleen.smith@lw.com<br><br>Mathew Rawlinson (CA Bar No. 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>T: (650) 328-4600 / F: (650) 463-2600<br>matthew.rawlinson@lw.com<br><br>Elizabeth Deeley (CA Bar No. 230798)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>T: (415) 391-0600 / F: (415) 395-8095<br>elizabeth.deeley@lw.com<br><br>Andrew B. Clubok (*pro hac vice*)<br>Susan E. Engel (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>T: (202) 637-2200 / F: (202) 637-2201<br>andrew.clubok@lw.com<br>susan.engel@lw.com<br><br>*Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderrotter* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 4/30/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE