Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

Whitney E. Street (SBN 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 968-1852 phone
whitney@blockleviton.com

*Attorneys for Lead Plaintiff
Rick Keiner and the Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Lyft, Inc. Securities Litigation,<br><br>This document relates to:<br><br>ALL ACTIONS | Lead Case No.: 4:19-cv-02690-HSG<br><br>**Joint Stipulation and Order Granting Lead Plaintiff's Motion to Remove Incorrectly Filed Documents**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 7-11(a) and 7-12, Lead Plaintiff Rick Keiner ("Lead Plaintiff") and Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter ("Defendants") (together the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order regarding Lead Plaintiff's Motion to Remove Incorrectly Filed Documents.

WHEREAS, on May 24, 2021, at 2:30pm Lead Plaintiff filed his Administrative Motion to Seal at ECF 158 ("Motion to Seal");

WHEREAS, two attachments to Lead Plaintiff's Motion to Seal, (1) Lead Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings [REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED] (ECF 158-3); and (2) the Declaration of Jeffrey C. Block in Support of Lead Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings [REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED] (ECF 158-5) (together the "Two Attachments") were inadvertently filed with unredacted confidential information;

WHEREAS, Lead Counsel promptly contacted via telephone the ECF HelpDesk (866-638-7829) which placed a lock on the Two Attachments by no later than 3:00pm;

WHEREAS, on May 28, 2021, Defendants filed a declaration pursuant to Civil L.R. 79-5(e)(1) arguing that the material they have designated as "confidential" is sealable under Civil L.R. 79-5(b) and do not believe the designated information contained in the Two Attachments should be publicly available (ECF 164);

WHEREAS, on May 28, 2021, the Magistrate Judge granted an earlier motion to seal the same information that was designated "confidential" in the Two Attachments (ECF 161);

WHEREAS, on June 16, 2021 Lead Plaintiff filed a corrected Administrative Motion to Seal with corrected copies of the Two Attachments;

NOW, THEREFORE, the Parties hereby stipulate, subject to Court approval, that the Two Attachments, filed electronically at ECF 158-3 and ECF 158-5, be removed from the docket.

Stipulated and agreed to by:

Date: June 16, 2021

| **BLOCK & LEVITON LLP** | **LATHAM & WATKINS LLP** |
|---|---|
| /s/  Whitney E. Street | /s/  Colleen C. Smith |
| Whitney E. Street (SBN 223870)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 968-1852 phone<br>whitney@blockleviton.com | Colleen C. Smith (CA Bar. No. 231216)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Colleen.Smith@lw.com |
| Jeffrey C. Block, *pro hac vice*<br>Jacob A. Walker (SBN 271217)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600 phone<br>jeff@blockleviton.com<br>jake@blockleviton.com | Matthew Rawlinson (CA Bar. No. 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>T: (650) 328-4600 / F: (650) 463-2600<br>matthew.rawlinson@lw.com |
| *Lead Counsel for Lead Plaintiff Rick Keiner and the Class* | Elizabeth Deeley (CA Bar. No. 230798)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>T: (415) 391-0600 / F: (415) 395-8095<br>elizabeth.deeley@lw.com |
| | Andrew B. Clubok (*pro hac vice*)<br>Susan E. Engel (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>T: (202) 637-2200 / F: (202) 637-2201<br>andrew.clubok@lw.com<br>susan.engel@lw.com |
| | *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: June 16, 2021

/s/ *Whitney E. Street*
Whitney E. Street

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/17/2021

Haywood S. Gilliam, Jr.
U.S. District Court Judge