# Exhibit B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re Lyft, Inc. Securities Litigation | Case No. 4:19-cv-02690-HSG <br><br> Class Action <br><br> **SUMMARY NOTICE OF PENDENCY OF CLASS ACTION** |

**To:**  **All persons and entities who, during the period from March 28, 2019, through August 19, 2019, inclusive (the "Class Period"), purchased or otherwise acquired the common stock of Lyft, Inc. ("Lyft") issued and traceable to Lyft's IPO Registration Statement.**

**YOU ARE HEREBY NOTIFIED**, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class as defined above.

In the Action, Lead Plaintiff alleges that Defendants Lyft, Inc. and certain executives and members of Lyft's Board of Directors violated federal securities laws because the Registration Statement issued in connection with Lyft's Initial Public Offering ("IPO") contained material misrepresentations, or omitted material facts necessary to make the statements contained therein not misleading, in violation of Sections 11 and 15 of the Securities Act of 1933. Defendants deny all of Lead Plaintiff's allegations, and deny any wrongdoing or violation of law. Please note: at this time, there is no judgment, settlement, or monetary recovery. Trial in this Action is currently scheduled for December 5, 2022.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.** A full printed Notice of Pendency of Class Action (the "Notice") is currently being mailed to persons who have been identified as potential Class Members. If you have not yet received the full printed Notice, you may obtain a copy of the Notice by downloading it from **www.LyftIPOLitigation.com** or by contacting the Notice Administrator at:

*Lyft IPO Litigation*, c/o A.B. Data, Ltd., P.O. Box 170500, Milwaukee, WI 53217
(877) 888-9031

Inquiries, other than requests for the Notice, may be made to the following representatives of Class Counsel:

Jacob Walker, Block & Leviton LLP**,** 260 Franklin Street, Suite 1860, Boston, MA 02110
(617) 398-5600

If you are a Class Member, you have the right to decide whether to remain a member of the Class. ***If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Lyft common stock, and any research you did regarding your investment in Lyft***. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action, however you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked **no later than _____, 2021**, in accordance with the instructions set forth in the full printed Notice.

**Further information regarding this notice may be obtained by writing to the Notice Administrator at the address provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT:
United States District Court for the
Northern District of California