LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  140 Scott Drive
  Menlo Park, California 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matt.rawlinson@lw.com

  Elizabeth Deeley (SBN 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

  Andrew B. Clubok (*pro hac vice*)
  Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400 / F: (858) 523-5450
  colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE NO. 4:19-CV-02690-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

JOINT STIP. TO EXTEND BRIEFING SCHEDULE ON PL.'S MOT.
FOR LEAVE TO FILE SECOND AM. CLASS ACTION COMPL.
Lead Case No. 4:19-cv-02690-HSG

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft Defendants") and Lead Plaintiff Rick Keiner (the "Plaintiff," and together with the Lyft Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Briefing Schedule on Lead Plaintiff's Motion for Leave to File [Proposed] Second Amended Class Action Complaint (ECF No. 206).

WHEREAS, on September 30, 2021, Lead Plaintiff Rick Keiner filed a Motion for Leave to File [Proposed] Second Amended Class Action Complaint (the "Motion" or "Motion for Leave") (ECF No. 206);

WHEREAS, the Lyft Defendants' Opposition to the Motion (the "Opposition") is due to be filed on October 14, 2021, and Plaintiff's Reply in support of the Motion (the "Reply") is due to be filed on October 21, 2021;

WHEREAS, the hearing on the Motion is scheduled for February 3, 2022;

WHEREAS, the Parties have met and conferred and agree to extend the date for the filing of the Opposition from October 14, 2021, to November 30, 2021, and the date for the filing of the Reply from October 21, 2021, to January 7, 2022;

WHEREAS, there will still be ample time for the Court to consider the Opposition and Reply prior to the hearing on the Motion, and this extension of time will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule for the Motion for Leave will be modified as follows:

1. The Lyft Defendants shall file their Opposition to the Motion for Leave by November 30, 2021; and

2. Plaintiff shall file a Reply in support of his Motion for Leave by January 7, 2022.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

JOINT STIP. TO EXTEND BRIEFING SCHEDULE ON PL.'S MOT. FOR LEAVE TO FILE SECOND AM. CLASS ACTION COMPL.
Lead Case No. 4:19-cv-02690-HSG

Dated: October 14, 2021

Stipulated and agreed to by:

| BLOCK & LEVITON LLP | LATHAM & WATKINS LLP |
|---|---|
| /s/ *Jeffrey C. Block*<br>Jeffrey C. Block (*admitted pro hac vice*)<br>Jacob A. Walker (CA Bar No. 271217)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600 phone<br>(617) 507-6020 fax<br>jeff@blockleviton.com<br>jake@blockleviton.com<br><br>Whitney E. Street (CA Bar No. 223870)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Tel. (415) 968-1852<br>Fax. (617) 507-6020<br>wstreet@blockleviton.com<br><br>*Lead Counsel and Counsel for Plaintiff and the Class* | /s/ *Colleen C. Smith*<br>Colleen C. Smith (CA Bar No. 231216)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>colleen.smith@lw.com<br><br>Matthew Rawlinson (CA Bar No. 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>T: (650) 328-4600 / F: (650) 463-2600<br>Matthew.rawlinson@lw.com<br><br>Elizabeth Deeley (CA Bar. No. 230798)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>T: (415) 391-0600 / F: (415) 395-8095<br>elizabeth.deeley@lw.com<br><br>Andrew B. Clubok (*pro hac vice*)<br>Susan E. Engel (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>T: (202) 637-2200 / F: (202) 637-2201<br>andrew.clubok@lw.com<br>susan.engel@lw.com<br><br>*Attorneys for Lyft Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter* |

JOINT STIP. TO EXTEND BRIEFING SCHEDULE ON PL.'S MOT. FOR
LEAVE TO FILE SECOND AM. CLASS ACTION COMPL.
Lead Case No. 4:19-cv-02690-HSG

2

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: October 14, 2021                    /s/ *Colleen C. Smith*
                                           Colleen C. Smith

                         *          *          *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/15/2021                           HONORABLE HAYWOOD S. GILLIAM, JR.
                                           U.S. DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

3

JOINT STIP. TO EXTEND BRIEFING SCHEDULE ON PL.'S MOT. FOR LEAVE TO FILE SECOND AM. CLASS ACTION COMPL.
Lead Case No. 4:19-cv-02690-HSG