1   LATHAM & WATKINS LLP
      Matthew Rawlinson (SBN 231890)
2   140 Scott Drive
      Menlo Park, California 94025
3   T: (650) 328-4600 / F: (650) 463-2600
      matthew.rawlinson@lw.com
4
      Elizabeth Deeley (SBN 230798)
5   505 Montgomery Street, Suite 2000
      San Francisco, California 94111
6   T: (415) 391-0600 / F: (415) 395-8095
      elizabeth.deeley@lw.com
7
      Andrew B. Clubok (*pro hac vice*)
8   Susan E. Engel (*pro hac vice*)
      555 Eleventh Street, NW, Suite 1000
9   Washington, D.C. 20004
      T: (202) 637-2200 / F: (202) 637-2201
10   andrew.clubok@lw.com
      susan.engel@lw.com
11
      Colleen C. Smith (SBN 231216)
12   12670 High Bluff Drive
      San Diego, California 92130
13   T: (858) 523-5400 / F: (858) 523-5450
      colleen.smith@lw.com
14
    *Attorneys for Defendants Lyft, Inc., Logan*
15  *Green, John Zimmer, Brian Roberts, Prashant*
    *(Sean) Aggarwal, Ben Horowitz, Valerie Jarrett,*
16  *David Lawee, Hiroshi Mikitani, Ann Miura-Ko,*
    *and Mary Agnes (Maggie) Wilderotter*
17
    *Additional Counsel on Signature Page*
18

19                    UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION
21

22   | In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
     |---|---|
23   | This Document Relates to: | **JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT  (as modified)** |
24   | ALL ACTIONS | |
25   | | |
26   | | |

27

28

LATHAM&WATKINS LLP
  ATTORNEYS AT LAW

1    Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc., Logan Green, John Zimmer,

2    Brian Roberts, Prashant (Sean) Aggarwal, Jonathan Christodoro, Ben Horowitz, Valerie Jarrett,

3    David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (the "Lyft

4    Defendants") and Lead Plaintiff Rick Keiner (the "Plaintiff," and together with the Lyft

5    Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and

6    [Proposed] Order To Extend Briefing Schedule on Lead Plaintiff's Motion for Leave to File

7    [Proposed] Second Amended Class Action Complaint (ECF No. 206).

8        WHEREAS, on September 30, 2021, Lead Plaintiff Rick Keiner filed a Motion for Leave

9    to File [Proposed] Second Amended Class Action Complaint (the "Motion" or "Motion for

10   Leave") (ECF No. 206);

11       WHEREAS, pursuant to the Court's Scheduling Notes in effect when the Motion was

12   filed, the hearing on the Motion was set for February 3, 2022;

13       WHEREAS, on October 14, 2021, pursuant to the Parties' stipulation, the Court extended

14   Defendants' deadline to respond to the Motion until November 30, 2021, and Plaintiffs' deadline

15   to reply to the Motion until January 7, 2022;

16       WHEREAS, the Parties have met and conferred and agree to extend the date for the filing

17   of the Opposition from November 30, 2021, to December 20, 2021, and the date for the filing of

18   the Reply from January 7, 2022, to January 18, 2022;

19       WHEREAS, modest extensions of the deadlines for the Opposition and the Reply will

20   permit the parties to continue meeting their concurrent discovery obligations efficiently, while

21   making mutual reasonable accommodations in light of the upcoming holidays.

22       WHEREAS, there will still be ample time for the Court to consider the Opposition and

23   Reply prior to the February 3, 2022, hearing on the Motion, and this extension of time will not

24   alter the date of any event or deadline already fixed by Court order;

25       NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate,

26   subject to Court approval, that the briefing schedule for the Motion for Leave will be modified as

27   follows:

28

1       1.      The Lyft Defendants shall file their Opposition to the Motion for Leave by

2   December 20, 2021; and

3       2.      Plaintiff shall file a Reply in support of his Motion for Leave by January 18,

4   2021.

5

6   Dated: November 17, 2021

7   Stipulated and agreed to by:

8

9   **BLOCK & LEVITON LLP**                          **LATHAM & WATKINS LLP**

10  /s/ *Jeffrey C. Block*                           /s/ *Colleen C. Smith*
    Jeffrey C. Block (*admitted pro hac vice*)       Colleen C. Smith (CA Bar No. 231216)
11  Jacob A. Walker (CA Bar No. 271217)               12670 High Bluff Drive
    260 Franklin Street, Suite 1860                   San Diego, CA 92130
12  Boston, MA 02110                                  colleen.smith@lw.com
    (617) 398-5600 phone
13  (617) 507-6020 fax                               Matthew Rawlinson (CA Bar No. 231890)
    jeff@blockleviton.com                             140 Scott Drive
14  jake@blockleviton.com                             Menlo Park, CA 94025
                                                      T:  (650) 328-4600 / F: (650) 463-2600
15                                                    Matthew.rawlinson@lw.com

16  *Lead Counsel and Counsel for Plaintiff*         Elizabeth Deeley (CA Bar. No. 230798)
    *and the Class*                                   505 Montgomery Street, Suite 2000
17                                                    San Francisco, CA 94111
                                                      T: (415) 391-0600 / F: (415) 395-8095
18                                                    elizabeth.deeley@lw.com

19                                                   Andrew B. Clubok (*pro hac vice*)
                                                     Susan E. Engel (*pro hac vice*)
20                                                    555 Eleventh Street, NW, Suite 1000
                                                      Washington, D.C. 20004
21                                                    T: (202) 637-2200 / F: (202) 637-2201
                                                      andrew.clubok@lw.com
22                                                    susan.engel@lw.com

23                                                   *Attorneys for Lyft Defendants Lyft, Inc.,*
                                                     *Logan Green, John Zimmer, Brian Roberts,*
24                                                   *Prashant (Sean) Aggarwal, Ben Horowitz,*
                                                     *Valerie Jarrett, David Lawee, Hiroshi*
25                                                   *Mikitani, Ann Miura-Ko, and Mary Agnes*
                                                     *(Maggie) Wilderotter*

26

27

28

STIP. TO EXTEND BRIEFING SCHEDULE ON PL.'S
2       MOT. FOR LEAVE TO FILE SECOND AM. COMPL.
Lead Case No. 4:19-cv-02690-HSG

1

**<u>FILER'S ATTESTATION</u>**

2

3

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in

4

the filing of the document has been obtained from all of the signatories above.

5

6

Dated:  November 17, 2021                    /s/ *Colleen C. Smith*
                                                          Colleen C. Smith

7

8

\*                    \*                                                            \*

9

PURSUANT TO STIPULATION, IT IS SO ORDERED except the Plaintiff shall file a

10

Reply in support of his Motion for Leave by January 18, 2022.

11

Date:   11/18/2021

                                                 HONORABLE HAYWOOD S. GILLIAM, JR.
                                                 U.S. DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28