UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Lyft Inc. Securities Litig.  ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:19-cv-02690-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Brendan Jarboe , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Rick Keiner in the above-entitled action. My local co-counsel in this case is Vincent Cheng , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: SBN 230827 .

260 Franklin St., Ste 1860, Boston, MA 02110
MY ADDRESS OF RECORD

(617) 398-5600
MY TELEPHONE # OF RECORD

brendan@blockleviton.com
MY EMAIL ADDRESS OF RECORD

100 Pine St., Ste 1250, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 543-0489
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

vincent@blockleviton.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 691414 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 1/5/2022                         Brendan Jarboe
                                             APPLICANT
5

6

7

8                    ORDER GRANTING APPLICATION

9             FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of Brendan Jarboe          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____1/5/2022_____

16

17   _____

18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirty-first** day of **December** A.D. **2014**, said Court being the highest Court of Record in said Commonwealth:

## Brendan T. Jarboe

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **December** in the year of our Lord **two thousand and twenty-one.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.  X3116.