February 8, 2022

**VIA ECF**
Hon. Haywood S. Gilliam, Jr.
United States District Court
Northern District of California
1301 Clay Street, Courtroom 2 (Fourth Floor)
Oakland, California 94612

Re: *In re Lyft Inc. Securities Litig.*, No. 4:19-cv-02690-HSG

Dear Judge Gilliam:

      We write to inform Your Honor that the parties in the above-captioned action have reached an agreement-in-principle to settle this case on a classwide basis. The parties are working diligently to execute a term sheet and draft the stipulation of settlement, notice, and preliminary approval papers. Given that a motion is currently pending before the Court (ECF No. 206), we wanted to inform the Court promptly of this development.

                                                                           Very truly yours,

                                                                           /s/ *Colleen C. Smith*
                                                                           Colleen C. Smith (SBN 231216)
                                                                           Latham & Watkins LLP
                                                                           12670 High Bluff Drive
                                                                           San Diego, California 92130
                                                                           (858) 523-5400 phone
                                                                           colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

/s/ *Jeffrey C. Block*
Jeffrey C. Block (*pro hac vice*)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110

*Lead Counsel and Counsel for Plaintiff and the Class*

**Filer's Attestation**

Pursuant to Civil L. R. 5-1(h)(3) regarding signatures, I hereby attest that the concurrence in the filing of the document has been obtained from all of the signatories above.

February 8, 2022                              /s/ *Colleen C. Smith*
                                              Colleen C. Smith