| | |
|---|---|
| 1  | LATHAM & WATKINS LLP |
|    | Matthew Rawlinson (SBN 231890) |
| 2  | 140 Scott Drive |
|    | Menlo Park, California 94025 |
| 3  | T: (650) 328-4600 / F: (650) 463-2600 |
|    | matt.rawlinson@lw.com |
| 4  | |
|    | Elizabeth Deeley (SBN 230798) |
| 5  | 505 Montgomery Street, Suite 2000 |
|    | San Francisco, California 94111 |
| 6  | T: (415) 391-0600 / F: (415) 395-8095 |
|    | elizabeth.deeley@lw.com |
| 7  | |
|    | Andrew B. Clubok (*pro hac vice*) |
| 8  | Susan E. Engel (*pro hac vice*) |
|    | 555 Eleventh Street, NW, Suite 1000 |
| 9  | Washington, D.C. 20004 |
|    | T: (202) 637-2200 / F: (202) 637-2201 |
| 10 | andrew.clubok@lw.com |
|    | susan.engel@lw.com |
| 11 | |
|    | Colleen C. Smith (SBN 231216) |
| 12 | 12670 High Bluff Drive |
|    | San Diego, California 92130 |
| 13 | T: (858) 523-5400 / F: (858) 523-5450 |
|    | colleen.smith@lw.com |
| 14 | |

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
| This Document Relates to: | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR REVISED FILING** |
| ALL ACTIONS | |
| | Judge:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc. ("Lyft"), Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (collectively, "Defendants") and Lead Plaintiff, Rick Keiner ("Plaintiff," and together with the Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Deadline For Revised Filing.

WHEREAS, on March 31, 2022, the Court issued an order ruling on multiple motions to seal (Dkt. 243, "Order");

WHEREAS, the Court's Order set a seven day deadline for the Parties to submit revised public versions of the documents for which sealing was denied (Dkts. 184-4, 184-6, 187-4);

WHEREAS, the Parties are working diligently to finalize a stipulation of settlement and associated exhibits;

WHEREAS, the Parties have been working to comply with the Court's Order, and agree to extending the deadline to file revised public versions of the conditionally sealed documents;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the deadline to comply with the Order shall be extended one week, until April 14, 2022.

Stipulated and agreed to by:

Date: April 7, 2022

| **BLOCK & LEVITON LLP** | **LATHAM & WATKINS LLP** |
|---|---|
| /s/ *Jacob A. Walker* | /s/ *Colleen C. Smith* |
| Jacob A. Walker (CA Bar No. 271217)<br>  260 Franklin Street, Suite 1860<br>  Boston, MA 02110<br>  jake@blockesq.com | Colleen C. Smith (CA Bar No. 231216)<br>  12670 High Bluff Drive<br>  San Diego, CA 92130<br>  colleen.smith@lw.com |
| *Lead Counsel and Counsel for Plaintiff* | Andrew B. Clubok (admitted pro hac vice)<br>Susan E. Engel (admitted pro hac vice)<br>  555 Eleventh Street, NW, Suite 1000<br>  Washington, D.C. 20004<br>  T: (202) 637-2200 / F: (202) 637-2201<br>  andrew.clubok@lw.com<br>  susan.engel@lw.com |

Elizabeth Deeley (CA Bar. No. 230798)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600 / F: (415) 395-8095
elizabeth.deeley@lw.com

Matthew Rawlinson (CA Bar No. 231890)
140 Scott Drive
Menlo Park, CA 94025
T: (650) 328-4600 / F: (650) 463-2600

*Attorneys for Lyft Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: April 7, 2022

/s/ *Colleen C. Smith*
Colleen C. Smith

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____4/8/2022_____

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE