Jeffrey C. Block, *pro hac vice*
Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

Vincent Cheng (SBN 230827)
**Block & Leviton LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(510) 543-0489 phone
vincent@blockleviton.com

*Attorneys for Lead Plaintiff
Rick Keiner and the Class*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE NO. 4:19-CV-02690-HSG<br><br>**JOINT STIPULATION AND ORDER CHANGING THE DATE OF THE HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1     Pursuant to Civil Local Rules 7-12 and 6-2, Lead Plaintiff Rick Keiner ("Lead Plaintiff,") and Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter ("Defendants," and together with Lead Plaintiff the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Changing the Date of the Hearing on Preliminary Approval of Class Action Settlement (the "Joint Stipulation").

    WHEREAS, on June 16, 2022, Lead Plaintiff filed his Notice of Motion, Unopposed Motion for Preliminary Approval of Settlement, and Memorandum of Pointes and Authorities in Support Thereof (the "Motion") (ECF No. 249);

    WHEREAS, Defendants do not oppose the Motion and filed a Statement of Non-Opposition to the Motion on June 16, 2022 (ECF No. 253);

    WHEREAS, the Motion selected October 13, 2022, at 2:00pm – the earliest available date as of June 16, 2022, according to the Court's scheduling notes – as the date and time for the hearing on preliminary approval of the proposed class action settlement;

    WHEREAS, as of July 19, 2022, the Court's scheduling notes listed an earlier date, September 15, 2022, as having limited availability for hearings;

    NOW, THEREFORE, the Parties hereby stipulate, subject to Court approval, that the hearing on preliminary approval of the class action settlement be moved from October 13, 2022, at 2:00pm to September 15, 2022, at 2:00pm.

Stipulated and agreed to by:

Date: July 19, 2022

| BLOCK & LEVITON LLP | LATHAM & WATKINS LLP |
|---|---|
| /s/ Jeffrey C. Block | /s/ Colleen C. Smith |
| Jeffrey C. Block (*Pro Hac Vice*) | Colleen C. Smith (CA Bar. No. 231216) |
| Jacob A. Walker (CA Bar. No. 271217) | 12670 High Bluff Drive |
| 260 Franklin Street, Suite 1860 | San Diego, CA 92130 |
| Boston, MA 02110 | Colleen.Smith@lw.com |
| jeff@blockleviton.com | |
| jake@blockleviton.com | Matthew Rawlinson (CA Bar. No. 231890) |
| | 140 Scott Drive |
| *Counsel for Lead Plaintiff and the Class* | Menlo Park, CA 94025 |
| | T: (650) 328-4600 / F: (650) 463-2600 |

matthew.rawlinson@lw.com

Elizabeth Deeley (CA Bar. No. 230798)
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 T: (415) 391-0600 / F: (415) 395-8095
 elizabeth.deeley@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
 555 Eleventh Street, NW, Suite 1000
 Washington, D.C. 20004
 T: (202) 637-2200 / F: (202) 637-2201
 andrew.clubok@lw.com
 susan.engel@lw.com

*Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter*

## FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: July 19, 2022              */s/ Jeffrey C. Block*
                                    Jeffrey C. Block

                     *       *       *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____7/20/2022_____          
                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                    U.S. DISTRICT JUDGE

STIPULATION AND ORDER CHANGING DATE OF HEARING          2
CASE NO. 4:19-CV-02690-HSG