|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

In re LYFT, INC., SECURITIES LITIGATION

Plaintiff(s),

v.

Defendant(s).

Case No. 4:19-cv-02690-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Thomas L. Laughlin, IV, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Frederic Lande in the above-entitled action. My local co-counsel in this case is John T. Jasnoch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA 281605.

Scott+Scott Attorneys at Law LLP
The Helmsley Building, 230 Park Avenue, 17th Floor
New York, NY 10169
MY ADDRESS OF RECORD

Scott+Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 223-6444
MY TELEPHONE # OF RECORD

(619) 233-4565
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tlaughlin@scott-scott.com
MY EMAIL ADDRESS OF RECORD

jjasnoch@scott-scott.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4471975.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/12/2022                              Thomas L. Laughlin, IV
                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Thomas L. Laughlin, IV  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      9/12/2022

                                    Haywood S. Gill, Jr.
                         UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Thomas Livezey Laughlin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 2, 2022.

*Robert D. Mayberger*

Clerk of the Court

CertID-00081649