LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  140 Scott Drive
  Menlo Park, California 94025
  T: (650) 328-4600 / F: (650) 463-2600
  matt.rawlinson@lw.com

  Elizabeth Deeley (SBN 230798)
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111
  T: (415) 391-0600 / F: (415) 395-8095
  elizabeth.deeley@lw.com

  Andrew B. Clubok (*pro hac vice*)
  Susan E. Engel (*pro hac vice*)
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  T: (202) 637-2200 / F: (202) 637-2201
  andrew.clubok@lw.com
  susan.engel@lw.com

  Colleen C. Smith (SBN 231216)
  12670 High Bluff Drive
  San Diego, California 92130
  T: (858) 523-5400 / F: (858) 523-5450
  colleen.smith@lw.com

*Attorneys for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION | MASTER FILE NO. 4:19-CV-02690-HSG |
| This Document Relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT REVISED STIPULATION OF SETTLEMENT**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

Pursuant to Local Rules 6-2 and 7-12, Defendants Lyft, Inc. ("Lyft"), Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter (collectively, "Defendants") and Lead Plaintiff, Rick Keiner ("Plaintiff," and together with the Defendants, the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order To Extend Deadline For Revised Filing.

WHEREAS, on September 15, 2022, the Court held a hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Settlement;

WHEREAS, at the Preliminary Approval Hearing, the Court ordered the Parties "to meet and confer and e-file within one week . . . (1) any revised release or a statement that the parties decline to revise the release; and (2) a stipulation and proposed order regarding whether the individuals that previously opted out of the class may now opt back into the class. Counsel for proposed intervenors are directed to be a part of the meet and confer on this issue." (Dkt. No. 268) (the "Order");

WHEREAS, the Parties have met and conferred and drafted proposed revisions to the settlement papers, but Defendants now seek additional time to consider and finalize proposed revisions to the Stipulation of Settlement and associated papers;

WHEREAS, the Parties have agreed, subject to Court approval, to extend the deadline to file the revised Stipulation of Settlement and associated papers by five days;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the deadline to comply with the Order shall be extended five days, until September 27, 2022.

1  Stipulated and agreed to by:

2  Date: September 22, 2022

3  **BLOCK & LEVITON LLP**  **LATHAM & WATKINS LLP**

4  /s/ *Jacob A. Walker*  /s/ *Andrew B. Clubok*
Jacob A. Walker (CA Bar No. 271217)  Colleen C. Smith (CA Bar No. 231216)
5   260 Franklin Street, Suite 1860   12670 High Bluff Drive
   Boston, MA 02110   San Diego, CA 92130
6   jake@blockesq.com   colleen.smith@lw.com

7  *Lead Counsel and Counsel for Plaintiff*  Andrew B. Clubok (admitted pro hac vice)
  Susan E. Engel (admitted pro hac vice)
8    555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004
9   T: (202) 637-2200 / F: (202) 637-2201
   andrew.clubok@lw.com
10   susan.engel@lw.com

11  Elizabeth Deeley (CA Bar. No. 230798)
   505 Montgomery Street, Suite 2000
12   San Francisco, CA 94111
   T: (415) 391-0600 / F: (415) 395-8095
13   elizabeth.deeley@lw.com

14  Matthew Rawlinson (CA Bar No. 231890)
   140 Scott Drive
15   Menlo Park, CA 94025
   T: (650) 328-4600 / F: (650) 463-2600
16

17  *Attorneys for Lyft Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes (Maggie) Wilderotter*
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: September 22, 2022

/s/ *Andrew B. Clubok*
Andrew B. Clubok

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/23/2022

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE