| | |
|---|---|
| Jeffrey C. Block, *pro hac vice*<br>Jacob A. Walker (SBN 271217)<br>**Block & Leviton LLP**<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600 phone<br>jeff@blockleviton.com<br>jake@blockleviton.com | Vincent Cheng (SBN 230827)<br>**Block & Leviton LLP**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(510) 543-0489 phone<br>vincent@blockleviton.com |

*Attorneys for Lead Plaintiff
Rick Keiner and the Class*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE NO. 4:19-CV-02690-HSG<br><br>**JOINT STIPULATION AND ORDER PERMITTING INDIVIDUALS AND ENTITIES THAT PREVIOUSLY OPTED OUT OF THE CLASS TO OPT BACK INTO THE CLASS** |

1    Pursuant to this Court's Minute Order, dated September 15, 2022 (ECF No. 168), Lead Plaintiff Rick Keiner ("Lead Plaintiff,") and Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter ("Defendants," and together with Lead Plaintiff the "Parties"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Permitting Individuals and Entities That Previously Opted Out of the Class to Opt Back Into the Class (the "Joint Stipulation").

WHEREAS, on June 16, 2022, Lead Plaintiff filed his Notice of Motion, Unopposed Motion for Preliminary Approval of Settlement, and Memorandum of Points and Authorities in Support Thereof (the "Motion") (ECF No. 249);

WHEREAS, accompanying the Motion was the Parties' Stipulation and Agreement of Class Action Settlement (the "Settlement Stipulation") (ECF No. 249-2) and supporting exhibits;

WHEREAS, individuals who previously opted-out of the class (the "Proposed Intervenors") have sought to intervene in opposition to the Motion (ECF No. 257);

WHEREAS, the Court held a hearing on the Motion on September 15, 2022 (the "Hearing");

WHEREAS, counsel for the Parties met and conferred along with counsel for the Proposed Intervenors following the Hearing on September 15, 2022, and the Parties have agreed to amend the Settlement Stipulation and certain supporting exhibits (including to change the language of the release) to permit parties that have previously opted-out of the Class to opt back into the class, preserving their right to object to the settlement at final approval;

WHEREAS, the Parties have executed a Revised Stipulation and Agreement of Class Action Settlement (the "Revised Settlement Stipulation") and have edited the release and the supporting exhibits to expressly permit individuals who previously opted out of the Class to opt back into the Class;

WHEREAS, on September 27, 2022, Lead Plaintiff will file revised versions of the

Stipulation of Settlement and exhibits reflecting the changes described herein.

NOW, THEREFORE, the Parties hereby stipulate, subject to Court approval, that individuals who previously opted out of the Class be allowed to opt back into the Class, pursuant to the Revised Settlement Stipulation and its supporting exhibits, to be filed concurrently with Lead Plaintiffs' Renewed Motion.

Stipulated and agreed to by:

Date: September 27, 2022

| **BLOCK & LEVITON LLP** | **LATHAM & WATKINS LLP** |
|---|---|
| /s/ Jeffrey C. Block | /s/ Colleen C. Smith |
| Jeffrey C. Block (*Pro Hac Vice*) | Colleen C. Smith (CA Bar. No. 231216) |
| Jacob A. Walker (CA Bar. No. 271217) | 12670 High Bluff Drive |
| 260 Franklin Street, Suite 1860 | San Diego, CA 92130 |
| Boston, MA 02110 | Colleen.Smith@lw.com |
| jeff@blockleviton.com | |
| jake@blockleviton.com | Matthew Rawlinson (CA Bar. No. 231890) |
| | 140 Scott Drive |
| *Counsel for Lead Plaintiff and the Class* | Menlo Park, CA 94025 |
| | T: (650) 328-4600 / F: (650) 463-2600 |
| | matthew.rawlinson@lw.com |
| | |
| | Elizabeth Deeley (CA Bar. No. 230798) |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | T: (415) 391-0600 / F: (415) 395-8095 |
| | elizabeth.deeley@lw.com |
| | |
| | Andrew B. Clubok (*pro hac vice*) |
| | Susan E. Engel (*pro hac vice*) |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| | T: (202) 637-2200 / F: (202) 637-2201 |
| | andrew.clubok@lw.com |
| | susan.engel@lw.com |
| | |
| | *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: September 27, 2022     /s/  Jeffrey C. Block
                              Jeffrey C. Block

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/28/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE