UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LYFT INC. SECURITIES LITIGATION | Case No. 19-cv-02690-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO SEAL AS MOOT**<br><br>Re: Dkt. Nos. 205, 229, 236 |

Pending before the Court are three motions to seal related to Lead Plaintiff's motion for leave to file a second amended complaint and the associated briefing. *See* Dkt. Nos. 205, 229, 236. On February 10, 2022, the Court terminated the motion for leave as moot. Dkt. No. 242. On June 16, 2022, the Court granted the parties' joint stipulation and proposed order designating the second amended complaint as the operative complaint. Dkt. No. 250. Lead Plaintiff then filed a second amended complaint, Dkt. No. 252, and associated motion to seal, Dkt. No. 251. Because the Court did not decide the motion for leave, the Court **DENIES** the three motions to seal as moot and will not consider the associated documents. *See Eli Lilly & Co. v. Genentech, Inc.*, No. 13-CV-0919 YGR, 2013 WL 4396718, at *1 (N.D. Cal. Aug. 13, 2013) (denying motion to seal documents related to motions that the court denied as moot). The parties are excused from filing public versions of the documents provisionally filed under seal in association with Dkt. Nos. 205, 229, and 236. Instead, the Court will address the administrative motion to seal at Dkt. No. 251.

**IT IS SO ORDERED.**

Dated: 9/28/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge