| | |
|---|---|
| Jeffrey C. Block, *pro hac vice* | Vincent Cheng (SBN 230827) |
| Jacob A. Walker (SBN 271217) | **Block & Leviton LLP** |
| **Block & Leviton LLP** | 100 Pine Street, Suite 1250 |
| 260 Franklin Street, Suite 1860 | San Francisco, CA 94111 |
| Boston, MA 02110 | (510) 543-0489 phone |
| (617) 398-5600 phone | vincent@blockleviton.com |
| jeff@blockleviton.com | |
| jake@blockleviton.com | |

*Attorneys for Lead Plaintiff
Rick Keiner and the Class*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re LYFT INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE NO. 4:19-CV-02690-HSG<br><br>**JOINT STIPULATION TO AMEND EXHIBIT A-1 TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiff Rick Keiner ("Lead Plaintiff") and Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant (Sean) Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter ("Defendants," and together with Lead Plaintiff the "Parties"), through their counsel, submit the following Joint Stipulation to Amend Exhibit A-1 to Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

WHEREAS, on June 16, 2022, Lead Plaintiff filed his Notice of Motion, Unopposed Motion for Preliminary Approval of Settlement, and Memorandum of Points and Authorities in Support Thereof (the "Motion for Preliminary Approval") (ECF No. 249);

WHEREAS, the Motion for Preliminary Approval included Exhibit A-1, a proposed Notice of (I) Pendency of Proposed Settlement; (II) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (III) Settlement Hearing (the "Settlement Notice") (ECF No. 249-4);

WHEREAS, on September 15, 2022, the Court held a hearing on the Motion for Preliminary Approval;

WHEREAS, on September 27, 2022, Lead Plaintiff filed an amended version of the Settlement Notice (ECF Nos. 276-5, 275-6);

WHEREAS, on November 17, 2022, the Court held a second hearing on the Motion for Preliminary Approval and suggested certain additional changes to the paragraph in the Settlement Notice referencing a related case in California Superior Court captioned *In re Lyft, Inc. Securities Litigation*, Case No. CGC-19-575293 (the "State Action");

WHEREAS, the Parties met and conferred on November 17, 2022, following the hearing, and agreed to amend the Settlement Notice;

WHEREAS, attached hereto as Exhibit A-1 is the second amended Settlement Notice;

WHEREAS, attached hereto as Exhibit A-1(a) is the second amended Settlement Notice, with changes shown in redline;

NOW, THEREFORE, the Parties hereby stipulate that the Settlement Notice be amended,

as reflected in the attached Exhibits A-1 and A-1(a).

Stipulated and agreed to by:

Date: November 22, 2022

| **BLOCK & LEVITON LLP** | **LATHAM & WATKINS LLP** |
|---|---|
| /s/ Jeffrey C. Block <br> Jeffrey C. Block (*Pro Hac Vice*) <br> Jacob A. Walker (CA Bar. No. 271217) <br>   260 Franklin Street, Suite 1860 <br>   Boston, MA 02110 <br>   jeff@blockleviton.com <br>   jake@blockleviton.com <br><br> *Counsel for Lead Plaintiff and the Class* | /s/ Colleen C. Smith <br> Colleen C. Smith (CA Bar. No. 231216) <br>   12670 High Bluff Drive <br>   San Diego, CA 92130 <br>   Colleen.Smith@lw.com <br><br> Matthew Rawlinson (CA Bar. No. 231890) <br>   140 Scott Drive <br>   Menlo Park, CA 94025 <br>   T: (650) 328-4600 / F: (650) 463-2600 <br>   matthew.rawlinson@lw.com <br><br> Elizabeth Deeley (CA Bar. No. 230798) <br>   505 Montgomery Street, Suite 2000 <br>   San Francisco, CA 94111 <br>   T: (415) 391-0600 / F: (415) 395-8095 <br>   elizabeth.deeley@lw.com <br><br> Andrew B. Clubok (*pro hac vice*) <br> Susan E. Engel (*pro hac vice*) <br>   555 Eleventh Street, NW, Suite 1000 <br>   Washington, D.C. 20004 <br>   T: (202) 637-2200 / F: (202) 637-2201 <br>   andrew.clubok@lw.com <br>   susan.engel@lw.com <br><br> *Counsel for Defendants Lyft, Inc., Logan Green, John Zimmer, Brian Roberts, Prashant Aggarwal, Ben Horowitz, Valerie Jarrett, David Lawee, Hiroshi Mikitani, Ann Miura-Ko, and Mary Agnes Wilderotter* |

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

1 | Dated: November 22, 2022 | */s/ Jeffrey C. Block*
--- | --- | ---
 | | Jeffrey C. Block