1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7   In re LYFT INC. SECURITIES LITIGATION       Case No. 19-cv-02690-HSG
8                                               **SCHEDULING ORDER**
9
10
11
12
13      The Court granted preliminary approval of the proposed class action settlement on
14   December 16, 2022.  *See* Dkt. No. 297.  Having considered the parties' proposals, *see* Dkt. No.
15   298, the Court **SETS** the following schedule for final approval:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | January 6, 2023 |
| Deadline for publishing summary notice in the *Wall Street Journal* and over a national newswire service | January 20, 2023 |
| Filing deadline for attorneys' fees and costs motion | February 13, 2023 |
| Filing deadline for incentive payment motion | February 13, 2023 |
| Filing deadline for filing final approval motion | February 13, 2023 |
| Deadline for Class Members to object to settlement and/or application for attorneys' fees and costs and incentive payment, at least 45 days after the filing of the motion for attorneys' fees and incentive payments | March 30, 2023 |
| Deadline for Class Members to opt-out of settlement | April 13, 2023 |

| Filing deadline for reply in support of final approval | April 27, 2023 |
|---|---|
| Deadline for submitting Proof of Claim and Release Forms | May 22, 2023 |
| Final fairness hearing and hearing on motions | June 22, 2023, 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. No. 298.

**IT IS SO ORDERED.**

Dated: 12/27/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2