

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

March 8, 2023

Young Che Hoang
25125 Via Las Lomas
Murrieta, CA 92562-5961

**Re: 19-cv-02690-HSG**

Dear Young Che Hoang:

The enclosed document(s) which you submitted to the Court in reference to **In Re Lyft, Inc. Securities Litigation** have been forwarded to the In Re Lyft, Inc. Securities Litigation Claims Administrator.

Very Truly Yours,

Deputy Clerk