1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LYFT INC. SECURITIES LITIGATION | Case No. 19-cv-02690-HSG <br><br> **ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL DISCOVERY ORDER** <br><br> Re: Dkt. No. 365 |

In May 2023, Magistrate Judge Laurel Beeler denied state-plaintiff objectors' request for discovery. *See* Dkt. No. 362. State-plaintiff objectors then filed a motion for relief from Judge Beeler's non-dispositive pretrial discovery order. *See* Dkt. No. 365. A pretrial order by a magistrate judge will be reversed only if it "is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). The Court has carefully reviewed Judge Beeler's order, state-plaintiffs' motion, lead Plaintiff's opposition, and the relevant legal authorities. Judge Beeler's order is well-reasoned and thorough. The Court affirms the non-dispositive order because it is not "clearly erroneous or contrary to law." *See Grimes v. City & Cnty. of San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991). Accordingly, the Court **DENIES** the motion for relief from Judge Beeler's non-dispositive pretrial discovery order.

**IT IS SO ORDERED.**

Dated:   5/31/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge