**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE LYFT, INC. SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:19-cv-02690-HSG<br><br>CLASS ACTION<br><br>**[PROPOSED]**<br>**STIPULATED FINAL JUDGMENT** |

WHEREAS, the Court issued an Order on August 7, 2023 finally approving the Settlement in the above-captioned action, including the Further Revised Stipulation and Agreement of Class Action Settlement, dated November 30, 2022 (the "Stipulation") (ECF No. 293-1), as fair, adequate and reasonable (the "Order") (ECF No. 388);

WHEREAS, the Order is fully incorporated by reference herein;

WHEREAS, the Settling Parties agree to the entry of this Judgment;

WHEREAS, the Settling Parties designate this Judgment as the "Judgment" referred to in the Stipulation (¶ 1.13), and agree that entry of this Judgment shall satisfy the condition of effectiveness set forth in ¶ 8.1(e) of the Stipulation;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The terms of the Stipulation, including all releases contained therein, and of this Judgment, shall be forever binding on Defendants, Lead Plaintiff, and all other Class Members.

2. Lead Plaintiff's action is dismissed with prejudice.

3. The Court retains jurisdiction over the subject matter of the Action, the implementation and enforcement of the terms of the Stipulation, Lead Plaintiff, all Class Members, and the Defendants, as set forth more fully in ¶ 9.21 of the Stipulation.

4. The Clerk is further directed to close the case.

**IT IS SO ORDERED.**

Dated: ________________, 2023

___________________________________
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE